**Fill in this information to identify the case:**

Debtor 1  Jerry Wayne Head

Debtor 2   Jeannette Siri Head
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Georgia
                                                              (State)

Case number 19-10376-WHD

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges        12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| **Name of creditor:** | Quicken Loans Inc. | **Court claim no.** (if known): | 3 |

**Last 4 digits** of any number you use to identify the debtor's account:    5068

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

X    No

     Yes.  Date of the Last Notice

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed.  Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Date(s) Incurred | Amount |
|---|---|---|
| Plan review | 03/06/2019 | $150.00 |
| Proof of Claim | 03/19/2019 | $500.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  Jerry Wayne Head                                            Case number *(if known)*  19-10376-WHD

## Part 2:  Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X   /s/ Lisa F. Caplan                                          Date   March 27, 2019
     Signature

Print:      Lisa F. Caplan                                      Title   Attorney for Creditor
            First Name   Middle Name  Last Name

Company     Rubin Lublin, LLC

Address     3145 Avalon Ridge Place, Suite 100
            Number       Street
            Peachtree Corners, GA 30071
            City                    State      ZIP Code

Contact phone  (877) 813-0992                                   Email   lcaplan@rubinlublin.com

## UNITED STATES BANKRUPTCY COURT

### Notice to Borrower

Upon written request, you are entitled to the following information:
  A. A copy of your payment history from the period the mortgage loan was last less than 60 days delinquent to present
  B. A copy of the promissory note or lost note affidavit where applicable
  C. The name of the investor that holds the loan
  D. If we have initiated foreclosure or filed a Proof of Claim, you may obtain copies of any assignments of mortgage or deed of trust required to demonstrate our right to foreclosure under applicable state law.

To obtain this information, submit a written request to:


Borrower Information Requests
635 Woodward Ave.
Detroit, MI 48226

## CERTIFICATE OF SERVICE

      I certify that on the 27th day of March, 2019, I caused a copy of the Notice of Postpetition Mortgage Fees, Expenses, and Charges to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Jeannette Siri Head
808 Sunnybrook Drive
Griffin, GA 30224

Jerry Wayne Head
808 Sunnybrook Drive
Griffin, GA 30224

James N. Stanley, Jr., Esq.
327 S. 9th Street
P. O. Box 185
Griffin, GA 30224

Melissa J. Davey
260 Peachtree Street, NW
Suite 200
Atlanta, GA 30303


Executed on 3/27/19
By:/s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rubinlublin.com
Attorney for Creditor